RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/28/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KONDRICK D. KING<br>LA. DOC #354325 | CIVIL ACTION NO. 09-0177 |
| | SECTION P |
| VS. | |
| | JUDGE ROBERT G. JAMES |
| BRUCE MCGEE, ET AL. | |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 6], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED THAT** Plaintiff's claims against the Defendants be **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this ____ day of September, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE